IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMILY M. SCORDELLIS, | Index No. 02-CV-2670 |
| Plaintiff, | **MOTION FOR PRO HAC VICE ADMISSIONS** |
| vs. | |
| McDONALD'S CORPORATION, INC., | |
| Defendant. | |

Pursuant to Local Rule 83.5.2 of the Local Rules of Civil Procedure of the United States District Court for the Eastern District of Pennsylvania, Defendant McDonald's Corporation, Inc. ("McDonald's") by and through its undersigned counsel, a member of the Bar of this Court, hereby requests that Joel L. Finger and Patricia A. Le Goff be permitted to represent McDonald's *pro hac vice* in all proceedings in this action. Ernest Sasso, Esq., counsel for Plaintiff, consents to this motion and these admissions.

Mr. Finger is a partner with the law firm of Brown Raysman Millstein Felder & Steiner LLP, 900 Third Avenue, New York, New York 10022. He is admitted to practice, and in good standing, in the States of New York and New Jersey. Mr. Finger also is admitted to practice before the United States District Courts for the Southern, Northern, Western and Eastern

Districts of New York, the Northern District of California, the Eastern District of Michigan, and the District of New Jersey, as well as the United States Supreme Court and the United States Courts of Appeals for the Second, Third and Fourth Circuits.

Ms Le Goff is an associate at Brown Raysman Millstein Felder & Steiner LLP. She is admitted to practice, and in good standing, in the States of New York and New Jersey. Ms. Le Goff is also admitted to practice before the United States District Courts for the Southern, Eastern, Northern and Western Districts of New York, the District of New Jersey and District of Arizona.

Neither Mr. Finger nor Ms. Le Goff has been disciplined by any Court. They have familiarized themselves with the Eastern District of Pennsylvania's Local Rules, and agree to abide by them.

There exists good cause supporting this application. (*See* Declarations of Joel L. Finger and Patricia A. Le Goff in support of this application.) In addition, Mr. Finger and Ms. Le Goff have a longstanding attorney-client relationship with McDonald's predating the litigation at bar, representing McDonald's in various federal and state courts. By reason of that relationship, Mr. Finger and Ms. Le Goff have acquired a specialized knowledge with respect to McDonald's affairs important to its defense of this matter. Defendant McDonald's has expressed a desire to have Mr. Finger and Ms. Le Goff represent them in this case.

In support of said motion McDonald's relies upon the annexed Declarations of Joel L. Finger, dated May 29, 2002, and Patricia A. Le Goff, dated May 29, 2002. A proposed form of order is submitted herewith.

WHEREFORE, Defendant McDonald's respectfully request that Mr. Finger and Ms. Le Goff be admitted *pro hac vice*.

Dated: May ___, 2002

Respectfully submitted,

BROWN RAYSMAN MILLSTEIN FELDER &
STEINER LLP
900 Third Avenue
New York, New York 10022
(212) 895-2000

_____
Marjorie E. Greenfield (09240)
Anderson Greenfield & Dougherty Ltd.
4163 Ridge Avenue, 1st Floor
Philadelphia, PA 19129
(215) 713-0789

BRMFS1 31529 9v1