IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| EMILY M. SCORDELLIS,<br><br>    Plaintiff,<br><br>vs.<br><br>McDONALD'S CORPORATION, INC.,<br><br>    Defendant. | Index No. 02-CV-2670<br>**DECLARATION OF PATRICIA A. LE GOFF, ESQ.** |

PATRICIA A. LE GOFF does hereby declare as follows:

1. I am an associate at the firm of Brown Raysman Millstein Felder & Steiner LLP, counsel for Defendant McDonald's Corporation, Inc. ("McDonald's") in the above-captioned matter. This declaration is submitted in support of McDonald's application for my admission *pro hac vice*, and in accordance with the requirements of Local Rule 83.5.2.

2. I am admitted to practice, and in good standing, in the States of New York and New Jersey. I am also admitted to practice before the United States District Courts for the Southern, Eastern, Northern and Western Districts of New York, the District of New Jersey and the District of Arizona.

3. There are no grievances pending against me, and I have never been reprimanded, suspended, placed on inactive status, disbarred, or resigned from the practice of law.

4. The attorneys in the Labor and Employment Law Practice Group of my law firm regularly represent McDonald's in employment related matters. McDonald's has requested that I represent it as co-counsel in this case.

5. I have familiarized myself with the Eastern District of Pennsylvania's Local Civil Rules and agree to abide by these rules.

6. If admitted *pro hac vice*, a member of the bar of this Court will act to make sure that all pleadings, motions, notices and other papers are served in conformance with the Federal Rules of Civil Procedure and the rules of this Court.

7. I declare that the foregoing is true and accurate under penalty of perjury and pursuant to 28 U.S.C. 1746.

WHEREFORE, it is respectfully requested that the instant Motion for Admission *pro hac vice* be granted.

_____    PATRICIA A. LE GOFF

Executed on May \_\_\_\_, 2002