IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| EMILY M. SCORDELLIS,<br><br>    Plaintiff,<br><br>vs.<br><br>McDONALD'S CORPORATION, INC.,<br><br>    Defendant. | Index No. 02-CV-2670<br>**DECLARATION OF JOEL L. FINGER, ESQ.** |

JOEL L. FINGER does hereby declare as follows:

1. I am a partner with the firm of Brown Raysman Millstein Felder & Steiner LLP, counsel for Defendant McDonald's Corporation, Inc. ("McDonald's") in the above-captioned matter. This declaration is submitted in support of McDonald's application for my admission *pro hac vice*, and in accordance with the requirements of Local Rule 83.5.2.

2. I am admitted to practice, and in good standing, in the States of New York and New Jersey. I am also admitted to practice before the United States District Courts for the Southern, Northern, Western and Eastern Districts of New York, the Northern District of California, the Eastern District of Michigan, and the District of New Jersey, as well as the United States Supreme Court and the United States Courts of Appeals for the Second, Third and Fourth Circuits.

3. There are no grievances pending against me, and I have never been reprimanded, suspended, placed on inactive status, disbarred, or resigned from the practice of law.

4. I have been representing Defendant McDonald's in employment-related matters for over 20 years and, through this representation, I have developed a specialized knowledge with respect to Defendant McDonald's affairs which Defendant McDonald's believes to be important to this matter.

5. I have familiarized myself with the Eastern District of Pennsylvania's Local Civil Rules and agree to abide by these rules.

6. If admitted *pro hac vice*, a member of the bar of this Court will act to make sure that all pleadings, motions, notices and other papers are served in conformance with the Federal Rules of Civil Procedure and the rules of this Court.

7. I declare that the foregoing is true and accurate under penalty of perjury and pursuant to 28 U.S.C. 1746.

WHEREFORE, it is respectfully requested that the instant Motion for Admission *pro hac vice* be granted.

                                                                                            _____

                                                                                                  JOEL L. FINGER

Executed on May 29, 2002