October 10, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| EMILY M. SCORDELLIS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>McDONALD'S CORPORATION, INC.,<br><br>　　　　　　　Defendant. | Index No.  02-CV-2670<br>**DECLARATION OF ERIC D. WITKIN, ESQ.** |

　　　ERIC D. WITKIN does hereby declare as follows:

　　　1.　　I am counsel to the firm of Brown Raysman Millstein Felder & Steiner LLP, attorneys for Defendant McDonald's Corporation, Inc. ("McDonald's") in the above-captioned matter.  This declaration is submitted in support of McDonald's application for

my admission *pro hac vice*, and in accordance with the requirements of Local Rule 83.5.2.

2. I am admitted to practice, and in good standing, in the State of New York and the District of Columbia. I am also admitted to practice before the United States District Courts for the Southern, Western and Eastern Districts of New York and the District of Columbia, as well as the United States Supreme Court and the United States Courts of Appeals for the Second and District of Columbia Circuits.

3. There are no grievances pending against me, and I have never been reprimanded, suspended, placed on inactive status, disbarred, or resigned from the practice of law.

4. I have for three years been practiced law with Joel L. Finger, who has been representing Defendant McDonald's in employment-related matters for over 20 years and, through this representation, he has developed a specialized knowledge with respect to Defendant McDonald's affairs, which Defendant McDonald's believes to be important to this matter. Mr. Finger has asked that I assist him in representing Defendant McDonald's in this matter.

5. I have familiarized myself with the Eastern District of Pennsylvania's Local Civil Rules and agree to abide by these rules.

6. If admitted *pro hac vice*, a member of the bar of this Court will act to make sure that all pleadings, motions, notices and other papers are served in conformance with the Federal Rules of Civil Procedure and the rules of this Court.

7. I declare that the foregoing is true and accurate under penalty of perjury and pursuant to 28 U.S.C. 1746.

WHEREFORE, it is respectfully requested that the instant Motion for Admission *pro hac vice* be granted.

_____
ERIC D. WITKIN

Executed on October 1, 2002