IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| EMILY M. SCORDELLIS, | : | Index No. 02-CV-2670 |
|  | : | **PROPOSED ORDER** |
| Plaintiff, | : |  |
| vs. | : |  |
| McDONALD'S CORPORATION, INC., | : |  |
| Defendant. | : |  |

AND NOW, this _____ day of _____, 2002, the Motion for Admission *Pro Hac Vice* of Defendant McDonald's is hereby granted. Accordingly, Eric D. Witkin shall be permitted to actively participate in all pre-trial, trial and post-trial proceedings and is hereby admitted *pro hac vice* to appear for Defendant McDonald's.

_____
U.S.D.J.